UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VANESSA FANTAUZZI and NIKKI RITZ,
individually and on behalf of others similarly situated,

    Plaintiffs,

v.                                CASE NO: 8:10-cv-513-T-26TGW

AGORA MARKETING SOLUTIONS, INC. d/b/a
National Magazine Exchange, and
SPECIAL DATA PROCESSING CORPORATION,

    Defendants.
_____/

## O R D E R

Upon due consideration of the well-pleaded allegations of Plaintiffs' complaint, which this Court must accept as true at this juncture of the proceedings, it is ordered and adjudged that Defendants' Motion to Dismiss (Dkt. 4) is denied. In the Court's view, Plaintiffs' allegations are more than sufficient to raise a right to relief above the speculative level and to state plausible claims for relief under the Fair Labor Standards Act (the FLSA), 29 U.S.C. § 201 *et seq*. See Sinaltrainal v. Coca Cola Co., 578 F.3d 1252, 1260-61 (11th Cir. 2009) (citing Ashcroft v. Iqbal, 556 U.S. ___, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009) and Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 561-62, 570, 127 S.Ct. 1955, 1968-69, 1974, 167 L.Ed.2d 929 (2007)). In particular, Plaintiffs' allegations are similar in nature to the allegations of the complaint in Gregus v. Plan 4 College, Inc., case number 8:09-cv-01392-T-24AEP, 2009 WL 3064664 (M.D.

Fla. 2009), which the Court in that case found sufficient to state a cause of action under the FLSA.[1]  Defendants shall file their answer and defenses within ten days of this order.

**DONE AND ORDERED** at Tampa, Florida, on March 2, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1]  See case number 8:09-cv-01392-T-24AEP, docket 2.