## NOTICE OF COLLECTIVE ACTION LAWSUIT

*This is a Court-Authorized Notice and is not a Solicitation from a Lawyer.*

<u>Fantauzzi et al v. Agora Marketing Solutions, Inc. et al</u>

U.S. District Court for the Middle District of Florida, Tampa Division
Case No.: **8:10-cv-513-T-26TGW**

**TO: All present and former employees of ThinkDirect Marketing Group, Inc. formerly known as Agora Marketing Solutions, Inc., doing business as National Magazine Exchange and/or Special Data Processing Corporation (Defendants) who worked as a Customer Retention Associate (CRA), also referred to as a Customer Service Representative (CSR), Subscription Sales Associate (SSA), Verification Associate (VA), or similar position within the last three years**

RE: Fair Labor Standards Act (FLSA) Lawsuit

### 1. INTRODUCTION

The purpose of this Notice is to inform you of the existence of a collective action lawsuit in which you potentially are "similarly situated" to the named Plaintiffs, to advise you of how your rights may be affected by this suit, and to instruct you on the procedure for participating in this suit, should you decide that it is appropriate and should you choose to do so.

### 2. DESCRIPTION OF THE LAWSUIT

On January 27, 2010, Vanessa Fantauzzi and Nikki Ritz filed a complaint in the Circuit Court in and for Pinellas County, Florida against Agora Marketing Solutions, Inc. doing business as National Magazine Exchange and Special Data Processing Corporation on behalf of themselves and all other past and present employees of Defendants working as Customer Retention Associates (CRA), also referred to as a Customer Service Representatives (CSR), Subscription Sales Associates (SSA), Verification Associates, or other such similarly named positions.

The Plaintiffs are/were employed by ThinkDirect Marketing Group, Inc. formerly known as Agora Marketing Solutions, Inc. doing business as National Magazine Exchange and Special Data Processing Corporation as Customer Retention Associates (CRAs). They allege that—based on the fact that they were automatically signed off of the phone/computer system numerous times throughout the work day and were not paid for this time—Defendant consistently failed to pay them and other similarly situated telesales employees rightfully earned overtime for work over forty (40) hours per week ("overtime work") and therefore failed to comply with the Fair Labor Standards Act of 1938, which requires employers to compensate employees at a rate of time and one-half employees' regular rate for the excess hours worked.

*The United States District Court, Middle District of Florida takes no position on the merits of the lawsuit.*

Plaintiffs allege that they are entitled to recover overtime compensation for all the years that Defendants failed to properly compensate them because the actions of Defendants were intentional and willful. Plaintiffs also seek an additional amount as liquidated damages and/or prejudgment interest, attorneys' fees and costs. This lawsuit is currently in the early pretrial stage.

### 3. COMPOSITION OF THE CLASS

The remaining Plaintiffs seek to sue on behalf of themselves and also on behalf of other employees with whom they are similarly situated. Specifically, the Plaintiffs seek to sue on behalf of any and all current or former employees of ThinkDirect Marketing Group, Inc. formerly known as Agora Marketing Solutions, Inc. doing business as National Magazine Exchange and Special Data Processing Corporation who worked as telesales associates, including Customer Retention Associates (CRA), also referred to as a Customer Service Representatives (CSR), Subscription Sales Associates (SSA), Verification Associates (VA), or other such similar positions on or after January 27, 2007.

### 4. YOUR RIGHT TO PARTICIPATE IN THIS SUIT

If you believe that Defendants failed to pay you for overtime work, you have the right to join this lawsuit (that is, you may "opt-in"). It is entirely your decision whether you choose to join this suit, and, if you do join, whether you prefer to be represented by the present plaintiffs' attorneys or by an attorney of your own choosing. If you would like to be represented by Plaintiffs' attorneys, you must complete the attached "Consent to Join" form, date and sign it under penalty of perjury, and return it to Plaintiffs' counsel for filing with the Clerk of the Court. The "Consent to Join" form must be received by _____, 2010 **[45 days after mailing]**, or you may not be able to participate in this lawsuit. If you file a consent through a separate attorney, your Consent to Join must be filed with the Court by _____, 2010 **[45 days after mailing]**, and your Consent to Join must include: the caption of the case as listed above, your name, address, telephone number, date of signing, and signature, and must state: "I hereby consent to be a party plaintiff in this case."

If you submit a "Consent to Join" form, then your continued right to participate in the lawsuit may depend upon a later decision by the District Court that you and the Plaintiffs are actually "similarly situated" in accordance with federal law.

It is entirely your decision whether to join this lawsuit. You are not required to take any action unless you want to join the lawsuit.

### 5. EFFECT OF JOINING THIS SUIT

If you choose to join this lawsuit, you will be bound by the settlement or Judgment, whether it is favorable or unfavorable. You may also be held liable for costs associated with this lawsuit, and for potential counterclaims which could be asserted against you by ThinkDirect Marketing Group, Inc. formerly known as Agora Marketing Solutions, Inc. doing business as National

Magazine Exchange and Special Data Processing Corporation, the Defendants. While this suit is proceeding, you may be required to respond to written questions, appear for a deposition, and/or testify in court.

The attorneys for this class of Plaintiffs are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees. If there is a recovery, the attorneys for the class will receive a part of any settlement obtained or money judgment entered in favor of all members of the class represented by them. By joining this lawsuit, you designate the class representatives as your agents to make decisions on your behalf concerning the litigation, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiffs will be binding on you if you join this lawsuit.

If you choose to join in the lawsuit, and if a judgment is entered in favor of Plaintiffs, then you may be entitled to receive back overtime wages or other relief. If you choose to join the lawsuit, and if a judgment is entered in favor of Defendant, then you will receive nothing and court costs and expenses may potentially be assessed against you.

### 6. NO LEGAL EFFECT IN NOT JOINING THIS SUIT

If you choose to not join this lawsuit, then you will not be affected by any settlement or judgment rendered in this case, whether favorable or unfavorable to the class. You will not receive any back overtime wages or other relief if the Plaintiffs prevail (such relief would only be obtainable by you if you independently file your own lawsuit within the same time provided by law and if you prevail on your claims). Your rights will not be affected if Defendant(s) prevail.

### 7. NO RETALIATION PERMITTED

Federal law prohibits employers from discharging or in any other manner discriminating against you because you have exercised you rights under the Fair Labor Standards Act.

### 8. THE LAWYERS

<u>Plaintiffs' Lawyers</u>

Wolfgang M. Florin, Esq.
Gregory A. Owens, Esq.
FLORIN ROEBIG, P.A.
777 Alderman Road
Palm Harbor, FL 34683
(727) 786-5000 (telephone)
(800) 226-6581 (toll free)
(727) 772-9833 (fax)

If you wish for them to represent you, then you should complete the enclosed "Consent to Join Lawsuit as a Party Plaintiff" form and return it to the above address in the enclosed stamped envelope no later than _____, 2010. You may also contact them directly and will have the opportunity to discuss with them in detail the nature of this case, including attorney's fees and costs.

Defendant's Lawyers

Agora Marketing Solutions, Inc. doing business as National Magazine Exchange and Special Data Processing Corporation are represented by the following attorney(s):

Charles J. Thomas
THOMPSON, SIZEMORE, GONZALEZ & HEARING, PA
201 N. Franklin St., Suite 1600
P.O. Box 639
Tampa, FL 33601-0639
(813)273-0050 (phone)
(813)273-0072 (fax)
Email: cthomas@tsg-law.com

Gregory Alan Hearing
THOMPSON, SIZEMORE, GONZALEZ & HEARING, PA
201 N. Franklin St., Suite 1600
P.O. Box 639
Tampa, FL 33601-0639
(813)273-0050 ext: 249 (phone)
(813)273-0072 (fax)
Email: ghearing@tsghlaw.com

### 9. FURTHER INFORMATION

For further information about this Notice, the deadline for filing a "Consent to Join" form, or questions about this lawsuit, you may contact the lawyers for either side.

Dated: _____